AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MINAS POLITIS | ) | Case No. 1:15-MJ-22 |
| and | ) | |
| ANTHONY VASILIADES | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED JAN 15 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 2014 to January 2015** in the county of **City of Alexandria** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute 500 grams or more of cocaine. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Tobias D. Tobler

*Complainant's signature*

Beau O. C. Bilek, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 15 Jan 15

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, Virginia