JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of offense:**      Under Seal: Yes _____ No x_____    Judge Assigned: _____

City   Alexandria     Superseding Indictment _____    **Criminal Number:** _____

County/Parish   Alexandria     Same Defendant _____    New Defendant ____ x _____

          Magistrate Judge Case Number    1:15mj 22    Arraignment Date: _____

          Search Warrant Case Number _____

          R 20 / R 40 from District of _____

          Related Case Name and No.: _____

**Defendant Information:**

Juvenile -- Yes _____ No X _____ FBI # _____

Defendant Name: Minas Politis _____ Alias Name(s) _____

Address: Abingdon, MD 21009 _____

Employment: _____

Birth Date 1977  SS# 5620  Sex M  Def Race ____ Nationality ____ Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: X ___ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest date:   January 14, 2015

X ___ Already in Federal Custody as of   January 14, 2015   in   Alexandria City Jail

___ Already in State Custody    ___ On Pretrial Release    X ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Tobias D. Tobler    Telephone No.: (703) 299-3814    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Beau O.C. Bilek, Drug Enforcement Administration

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1), 846 | Conspiracy to PWID 500 Grams or More of Cocaine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:   January 15, 2015    Signature of AUSA: _____

JS 45 (01/2008)

**Criminal Case Cover Sheet (REDACTED)**                                                                     **U.S. District Court**

| Place of offense: | Under Seal: Yes _____ No x_____ | Judge Assigned: _____ |
|---|---|---|
| City  Alexandria | Superseding Indictment _____ | **Criminal Number:** _____ |
| County/Parish  Alexandria | Same Defendant _____ | New Defendant ___x___ |
| | Magistrate Judge Case Number | 1:15mj  22   Arraignment Date: _____ |
| | Search Warrant Case Number | _____ |
| | R 20 / R 40 from District of | _____ |
| | Related Case Name and No.: | _____ |

**Defendant Information:**

Juvenile -- Yes _____ No X_____ FBI # _____

Defendant Name: Anthony Vasiliades_____ Alias Name(s) _____

Address: Nottingham, MD 21236_____

Employment: _____

Birth Date 1971   SS# 3449   Sex M_____ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair ___ Eyes ____ Scars/Tattoos _____

Interpreter: X____ No ____ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest date:   January 14, 2015

X_____ Already in Federal Custody as of   January 14, 2015   in   Alexandria City Jail

_____ Already in State Custody          _____ On Pretrial Release          _____ Not in Custody

_____ Arrest Warrant Requested         _____ Fugitive                     _____ Summons Requested

_____ Arrest Warrant Pending           _____ Detention Sought             _____ Bond _____

**Defense Counsel Information:**

Name: _____                _____ Court Appointed        Counsel conflicted out: _____

Address: _____             _____ Retained

Telephone: _____           _____ Public Defender        Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

AUSA Tobias D. Tobler   Telephone No.: (703) 299-3814   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Beau O.C. Bilek, Drug Enforcement Administration

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1), 846 | Conspiracy to PWID 500 Grams or More of Cocaine | 1 | Felony |
| Set 2 | _____ | _____ | _____ | _____ |
| Set 3 | _____ | _____ | _____ | _____ |

(May be continued on reverse)

Date:   January 15, 2015_____   Signature of AUSA: _____