# United States District Court

_____ DISTRICT OF _____

JAN 16

UNITED STATES OF AMERICA

v.

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 1:15mj22

Minas Politis
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                    Place
_____ on _____
                              Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

(Rev. 1/98) Order Setting Conditions of Release

Page 2 of 3 Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
    (Name of person or organization) _____
    (Address) _____
    (City and State) _____ (Tel.No.)_____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian of Proxy

( X )(7) The defendant shall:
    ( ) (a) maintain or actively seek employment.
    ( ) (b) maintain or commence an educational program.
    (X) (c) abide by the following restriction on his personal associations, place of abode, or travel:
        **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.** — *Reside @ current residence, not to move w/o PTS or Court approval*
    (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: *Unless in Presence of counsel*
    (X) (e) report on a regular basis to the following agency: **Pretrial Services.**
    ( ) (f) comply with the following curfew: _____
    ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapons.
    ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person.
    ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
    ( ) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property:_____
    ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:_____
    ( ) (l) execute a bail bond with the solvent sureties in the amount of $ _____
    ( ) (m) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
    (X) (n) surrender any passport or other travel documents to: *PTS*
    (X) (o) obtain no passport or travel documents.
    (X) (p) undergo substance abuse testing and/or treatment as directed at the direction of Pretrial Services.
    ( ) (q) the defendant shall not operate a motor vehicle without a valid license.
    (X) (r) the defendant is placed on home detention with electronic monitoring as directed.
    (X) (s) *Defendant may be released prior to install of electronic monitoring*

WHITE COPY - COURT     YELLOW - DEFENDANT     BLUE - U.S. ATTORNEY     PINK - U.S. MARSHAL     GREEN - PRETRIAL SERVICES

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

ABINGDON, MD
*City and State*                                                                 *Telephone Number*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time

Date: 16 Jan 15

/s/
Ivan D. Davis
United States Magistrate Judge

Ivan D. _____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL